BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHA SINGH, | No. 1:10-cv-F-27 LJO SMS |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in adjudication of his application to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services. As of the date of this filing, the application has been adjudicated. Accordingly, the parties stipulate to dismissal of this action.

Dated: March 2, 2010

                BENJAMIN B. WAGNER
                United States Attorney

      By: /s/Audrey Hemesath
         Audrey B. Hemesath
         Assistant U.S. Attorney
         Attorneys for the Defendants

      By: /s/ James M. Makasian
         James M. Makasian
         Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot. The clerk is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:    **March 10, 2010**            **/s/ Lawrence J. O'Neill**
                                                                               UNITED STATES DISTRICT JUDGE