1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF CALIFORNIA
8

9  SUKHA SINGH,                          )    No. 1:10-cv-F-27 LJO SMS
                                         )
10          Plaintiff,                   )    JOINT STIPULATION AND ORDER RE:
                                         )    DISMISSAL
11     v.                                )
                                         )
12  Janet Napolitano, Secretary of Homeland )
    Security, et al.                     )
13                                       )
            Defendants.                  )
14  _____  )

15

16      This is an immigration case in which plaintiff has challenged the delay in adjudication of his

17  application to adjust status to that of lawful permanent resident by United States Citizenship and

18  Immigration Services. As of the date of this filing, the application has been adjudicated.

19  Accordingly, the parties stipulate to dismissal of this action.

20

21  Dated: March 2, 2010

22                                       BENJAMIN B. WAGNER
                                         United States Attorney
23

24                              By:    /s/Audrey Hemesath
25                                     Audrey B. Hemesath
                                       Assistant U.S. Attorney
26                                     Attorneys for the Defendants

27                              By:    /s/ James M. Makasian
28                                     James M. Makasian
                                       Attorney for the Plaintiff

                                      -1-

1
2
3

ORDER

4
5

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
ORDERED that the matter is dismissed as moot.  The clerk is DIRECTED to close this action.

6
7
8
9
10
11

IT IS SO
ORDERED.

12

**Dated:    March 10, 2010**                          **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28